UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:13-cv-00111-CEJ |
| **Sue M. Bleiweiss, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On January 17, 2013, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N. Limbaugh, Jr., U.S. District Judge.

Dated this 22nd day of January, 2013

James G. Woodward
CLERK OF COURT

By: /s/ Michele Crayton
Deputy In Charge

**In all future documents filed with the Court, please use the following case number:**

**1:13-cv-00011-SNLJ.**